# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:22-CR-00159-JLT-SKO |
| JULIO CESAR LOPEZ | |
| Defendant. | |

**FILED**
Apr 24, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Julio Cesar Lopez
Detained at: Calipatria State Prison
Detainee is:   a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. 922(g)(1)
or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☐ return to the custody of detaining facility upon termination of proceedings
or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/24/23

*B. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male ☐Female | |
| Booking or CDC #: | BR5302 | DOB: | 1989-05-21 |
| Facility Address: | Calipatria State Prison, 7018 Blair Road, Calipatria | Race: | White |
| Facility Phone: | 1-760-348-7000 Ext. 5716 | FBI#: | 386004RC4 |
| Currently Incarcerated For: | Possession Controlled Substance While Armed | | |

## RETURN OF SERVICE

Executed on: _____

(signature)