1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JULIO C. LOPEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. Case No. 1:22-cr-00159-JLT

12              Plaintiff,               **STIPULATION TO CONTINUE
                                         SENTENCING HEARING; ORDER**
13  vs.
                                         Date:   May 20, 2024
14  JULIO C. LOPEZ,                      Time:   9:00 a.m.
                                         Judge: Hon. Jennifer L. Thurston
15              Defendant.

16

17

18          IT IS HEREBY STIPULATED by and between the parties through their respective

19  counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant

20  Federal Defender Griffin Estes, counsel for Julio C. Lopez, that the Court may continue the

21  sentencing hearing currently scheduled for May 20, 2024, to July 8, 2024, at 9:00 a.m.

22          Unforeseeable intervening circumstances have arisen. The parties need further time to

23  prepare the case and for sentencing in this matter. The government has no objection to the

24  requested continuance.

25

26  **IT IS SO STIPULATED.**

27

28

1                                   Respectfully submitted,

2

3                                   PHILLIP A. TALBERT
                                  United States Attorney

4 Date: May 10, 2024                 */s/ Antonio Pataca*

5                                   ANTONIO PATACA
                                  Assistant United States Attorney

6                                   Attorney for Plaintiff

7                                   HEATHER E. WILLIAMS

8                                   Federal Defender

9 Date: May 10, 2024                 */s/ Griffin Estes*

10                                   GRIFFIN ESTES
                                  Assistant Federal Defender

11                                   Attorney for Defendant
                                  JULIO C. LOPEZ

12

13

14

15                                **O R D E R**

16

17       **IT IS SO ORDERED.** The sentencing hearing currently scheduled for May 20, 2024, at

9:00 a.m. is hereby continued to July 8, 2024, at 9:00 a.m.

18

19 IT IS SO ORDERED.

20

21     Dated:   **May 13, 2024**                                               
                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28