1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JULIO C. LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. Case No. 1:22-cr-00159-JLT |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date:  July 8, 2024 |
| JULIO C. LOPEZ, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Julio C. Lopez, that the Court may continue the sentencing hearing currently scheduled for July 8, 2024, to August 12, 2024, at 9:00 a.m. The parties need further time to prepare the case and for sentencing in this matter. Specifically, the Mr. Lopez is continuing to obtain information relevant to the Court for sentencing. The government has no objection to the requested continuance.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 1, 2024                          */s/ Antonio Pataca*
                                            ANTONIO PATACA
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            HEATHER E. WILLIAMS
                                            Federal Defender


Date: July 1, 2024                          */s/ Griffin Estes*
                                            GRIFFIN ESTES
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JULIO C. LOPEZ


# **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for July 8, 2024, at 9:00 a.m. is hereby continued to August 12, at 9:00 a.m.

IT IS SO ORDERED.

   Dated:   **July 1, 2024**                          _____
                                                     UNITED STATES DISTRICT JUDGE